Friday, June 2, 2023, ALBANY, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**ROBERT FLEMING and APRIL FLEMING,**
*Individually and as Guardians Ad Litem of G.F., a minor*,
            **Plaintiffs,**


    vs.                          5:18-cv-594 MAD/ATB


**NORTH SYRACUSE CENTRAL SCHOOL DISTRICT;**
**and**
**NORTH SYRACUSE BOARD OF EDUCATION,**
            **Defendants.**

---

APPEARANCES:    Cooper, Erving & Savage LLP by: **Carlo Alexandre de Oliveira, Esq. and James Linnan, Esq.,** for Plaintiffs.

                        Bond Schoeneck & King, PLLC by: **Jonathan B. Fellows, Esq. and Kate Reid, Esq.,** for defendants.


### JURY TRIAL - DAY 4 - June 2, 2023

| | |
|---|---|
| 8:00 a.m. | Judge D'Agostino speaks with counsel in chambers. |
| 8:35 a.m. | Judge D'Agostino enters the Courtroom. |
| 8:35 a.m. | Settlement is placed on the record.<br>Plaintiff April M. Fleming placed under oath and questioned by the Court.<br>Plaintiff Robert C. Fleming placed under oath and questioned by the Court. |
| 8:43 a.m. | Defense counsel addresses the Court regarding this settlement. |
| 8:43 a.m. | The Court Orders this case Settled.<br>Plaintiffs counsel is directed to file a stipulation of discontinuance, and execute a general release in this matter. |
| 8:47 a.m. | The Jury enters. |

Friday, June 2, 2023, ALBANY, NY
Hon. Mae A. D'Agostino, Presiding
5:18-cv-594 MAD/ATB
Page 2

| | |
|---|---|
| 8:47 a.m. | The jury is advised that this case has settled, and therefore the trial has concluded. |
| 8:52 a.m. | The Jury is excused with the thanks of the Court. |
| 8:52 a.m. | Plaintiff's counsel informs the Court that there are no liens in this matter. |
| 8:53 a.m. | Court stands adjourned. |